**2003–0220. Scaglione v. Kraftmaid Cabinetry, Inc.**
Geauga App. No. 2001–G–2364, 2002-Ohio-6917. On motion to dismiss as moot. Motion denied.
LUNDBERG STRATTON and O'CONNOR, JJ., dissent.

**2003–0780. Musser v. Musser.**
Adams App. No. 02CA750, 2003-Ohio-1440. Certified conflict accepted, cause consolidated with 2003–0778, *Musser v. Musser*, Adams App. No. 02CA750, 2003-Ohio-1440, causes held for the decision in 2002–1956, *Tucker v. Wilson*, Clermont App. No. CA2002–01–002, 2002-Ohio-5142, and briefing schedule stayed.

**2003–0867. Akron Gen. Med. Ctr. v. James.**
Holmes App. No. 2002CA009. Certified conflict accepted and cause consolidated with 2003–0827, *Akron Gen. Med. Ctr. v. James*, Holmes App. No. 2002CA009.

MOYER, C.J., and O'DONNELL, J., would accept but would hold the causes for the decision in 2002–0579, *Burkhart v. CNA Ins. Co.*, Stark App. No. 2001CA00265, 2002-Ohio-903.

LUNDBERG STRATTON, J., would accept but would hold the causes for the decision in *Burkhart* and 2002–0932, *Westfield Ins. Co. v. Galatis*, Summit App. No. 20784, 2002-Ohio-1502.

O'CONNOR, J., would accept but would hold the causes for the decision in *Galatis*.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**2003–0981. Frisch v. CNA Commercial Ins. Co.**
Seneca App. Nos. 13–02–36 and 13–02–40, 2003-Ohio-1574. Certified conflict accepted, cause consolidated with 2003–0840, *Frisch v. CNA Commercial Ins. Co.*, Seneca App. Nos. 13–02–36 and 13–02–40, 2003-Ohio-1574, causes held for the decision in 2002–0579, *Burkhart v. CNA Ins. Co.*, Stark App. No. 2001CA00265, 2002-Ohio-903, and briefing schedule stayed.

PFEIFER, J., concurs but would also hold for the decision in 2002–0932, *Westfield Ins. Co. v. Galatis*, Summit App. No. 20784, 2002-Ohio-1502.

F.E. SWEENEY, J., concurs but would not hold for *Burkhart*.

RESNICK, J., dissents.

**2003–0983. Stout v. Travelers Prop. Cas. Ins. Co.**
Franklin App. No. 02AP–628, 152 Ohio App.3d 355, 2003-Ohio-1643. Certified conflict accepted, cause consolidated with 2003–0872, *Stout v. Travelers Prop. Cas. Ins. Co.*, Franklin App. No. 02AP–628, 152 Ohio App.3d 355, 2003-Ohio-1643, causes held for the decision in 2002–1956, *Tucker v. Wilson*, Clermont App. No. CA2002–01–002, 2002-Ohio-5142, and briefing schedule stayed.

RESNICK and F.E. SWEENEY, JJ., dissent.

**2003–1018. Morris v. United Ohio Ins. Co.**
Ross App. No. 02CA2653, 2003-Ohio-1708. Certified conflict accepted, cause consolidated with 2003–0878, *Morris v. United Ohio Ins. Co.*, Ross App. No. 02CA2653, 2003-Ohio-1708, causes held for the decision in 2003–0474, *Kyle v. Buckeye Union Ins. Co.*, Lucas App. No. L–02–1166, 2003-Ohio-488, and briefing schedule stayed.

RESNICK and F.E. SWEENEY, JJ., dissent.

**2003–1040. State v. Gonzalez.**
Defiance App. No. 4–02–19. On motion for leave to file delayed appeal. Motion denied.

**2003–1043. State v. Hibbard.**
Butler App. Nos. CA2001–12–276 and CA2001–12–286, 2003-Ohio-707. On motion for leave to file delayed appeal. Motion granted.

MOYER, C.J., RESNICK and F.E. SWEENEY, JJ., dissent.